# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00370-CV

**Ellen P. Stewart, the Court-Appointed Attorney ad Litem for the Proposed Ward, A. C., Appellant**

**v.**

**The Estate of Andrea Crowson and CareFor, Appellees**

## FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
## NO. C-1-PB-18-000306, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 11, 2019. On counsel's motion, the time for filing was extended to October 9, 2019. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than November 8, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on September 11, 2019.

Before Chief Justice Rose, Justices Triana and Smith